Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

FILED

SEP 2 4 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

_ADAM WYSOCKI,_

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

_COMANDER JEBLLES_

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. __2:25cv602__

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name: ADAM WYSOCKI

Street Address: 2200 OLD GREANBRIKE RD

City and County: CHESAPEAK CT.

State and Zip Code: VIRGINIA

Telephone Number: 757-362-6646

E-mail Address:

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

    Name                           _____

    Job or Title *(if known)*       _____

    Street Address              _____

    City and County            _____

    State and Zip Code         _____

    Telephone Number          _____

    E-mail Address *(if known)*     _____

Defendant No. 2

    Name                           _____

    Job or Title *(if known)*       _____

    Street Address              _____

    City and County            _____

    State and Zip Code         _____

    Telephone Number          _____

    E-mail Address *(if known)*     _____

Defendant No. 3

    Name                           _____

    Job or Title *(if known)*       _____

    Street Address              _____

    City and County            _____

    State and Zip Code         _____

    Telephone Number          _____

    E-mail Address *(if known)*     _____

Defendant No. 4

    Name                           _____

    Job or Title *(if known)*       _____

    Street Address              _____

    City and County            _____

    State and Zip Code         _____

    Telephone Number          _____

    E-mail Address *(if known)*     _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

UNLAWFULL STOP OF VEHICLE WITHOUT PROBLE CAUSE

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*  ADAM WYSOCKY, , is a citizen of the State of *(name)*  VIRGINIA.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)*

        _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under

          the laws of the State of *(name)* _____ , and has its

          principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the
    same information for each additional defendant.)*

3.    The Amount in Controversy

      The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
      stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

      _____$ 1,608,840V, 00_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

STOPPED FOR RANDOM CHECK WITHOUT PROBLE CAUSE

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

DETAINED FOR HOVER DENIDE ENTRY

TO LEBLCFS AND BANED FROM BASE

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9 - 24 - 2025

Signature of Plaintiff    _____

Printed Name of Plaintiff    _____

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

5510
N34
Date **21 SEP 25**

From: Commander, Joint Expeditionary Base Little Creek Fort-Story
To: **WYSOCKI**    **ADAM**    **3987**    **TSGT-E6**
    (Last Name)   (First Name)  (Last 4 SSN)  (Rate Rank)

Subj    TEMPORARY EXCLUSION LETTER

Ref:    (a) COMNAVREGMIDLANTINST 5500.3
        (b) JEBLCREEK-FTSTORYINST 5510.19C

1. In accordance with references (a) and (b), as a result of misconduct you are hereby temporarily administratively barred from Joint Expeditionary Base Little Creek-Fort Story (JEBLCFS) including but not limited to all buildings, facilities, barracks, Navy Family Service Center, Navy Lodge as well as the Navy Exchange, Commissary, and the Medical Dental Clinics. You are directed not to enter the jurisdictional limits of JEBLCFS as described herein without express permission from the Commander  By reciprocal agreement, you are administratively barred from all Navy Region Mid-Atlantic installations, to include Naval Air Station Oceana; Naval Station Norfolk; and naval Support Activity Hampton Roads.

2. Until further modified or lifted, you are hereby prohibited from entering onto Naval Medical Center Portsmouth and its branch clinics except to obtain necessary medical care. If you are seeking non-emergent medical treatment you must proceed directly to the Security Department on the installation, who will provide an escort/pass to the clinic area in which you seek medical care. Upon completion of your care, you are to proceed directly to the security office to check out and exit the base.

3. You are hereby advised that Title 18 of the United States Code, Section 1382, states as follows: "Whoever within jurisdiction of the United States goes upon any military, Naval, or Coast Guard reservation, post arsenal, yard, station, or installation after having been ordered not to enter by any officer or person in command or charge of thereof, shall be fined or imprisoned for not more than six months or both."

4. You are further informed that should you re-enter or be found within the limits of JEBLCFS, as noted herein, in violation of this order, you will be subject to arrest/apprehension by military or federal police. Where appropriate, prosecution under Federal and Commonwealth trespassing laws will be pursued.

5. This temporary order remains in effect for (time deemed appropriate).

6. You may appeal this temporary ban to Commander, JEBLCFS, via the Staff Judge Advocate (SJA). Your appeal should be addressed to Commander, JEBLCFS, ATTN: SJA, 2600 Tarawa Court, Suite 100, Virginia Beach, VA 23459. This ban remains in effect until you receive a letter stating otherwise by the Commander.

LCDR
B. E. CROSS
By direction

Copy to:
JEBLCFS (N00J)



# U.S. District Court

## Virginia Eastern - Norfolk

Receipt Date: Sep 24, 2025 9:24AM

Adam Wysocki

| Rcpt. No: 200008367 | Trans. Date: Sep 24, 2025 9:24AM | | | Cashier ID: #AL (6659) | |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CA | Cash | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $405.00 |

**Comments:** 2:25cv602; Wysocki v. Commander JEBLCFS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.